# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BONSALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. KONGARA,<br><br>　　　　Defendant. | Case No. 1:19-cv-00418-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 25) |

This matter has been referred for an early settlement conference. (ECF No. 17). On July 20, 2020, Defendant filed a request to opt out of the settlement conference, or in the alternative, for an extension of time to speak with Plaintiff. (ECF No. 25).

Defense counsel states that she investigated Plaintiff's claim and conferred with her supervisor, and found that a settlement conference would not be productive at this time. Defense counsel was unable to speak with Plaintiff on the telephone or in person due to institutional restrictions caused by the COVID-19 pandemic. Defense counsel attempted to confer with Plaintiff by written correspondence, but has not yet received a response.

The Court finds good cause to grant Defendant's request to opt out of the early settlement conference.[1]

///

---

[1] If, at a later date, defense counsel determines that a settlement conference would be productive, defense counsel may contact ADR Coordinator Sujean Park to schedule a settlement conference.

Accordingly, it is ORDERED that Defendant's request to opt out of an early settlement conference (ECF No. 25) is GRANTED.

IT IS SO ORDERED.

Dated:  **July 21, 2020**                              /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE