UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY BONSALL,** | Case No. 1:19-cv-00418-DAD-EPG (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANT KONGARA'S *EX PARTE* APPLICATION TO MODIFY THE SCHEDULING ORDER [ECF No. 37]** |
| v. | |
| **DR. KONGARA,** | **(ECF NO. 39)** |
| Defendant. | |

Having read and considered Defendant's *ex parte* Application to Modify the Scheduling Order, the Declaration of Deputy Attorney General Kandice Jung supporting the Application, and for good cause appearing, Defendant's Application (ECF No. 39) is **GRANTED**.[1]

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendant's *ex parte* application for a modification of the Court's Scheduling Order is **GRANTED**;

2. The modified deadline for filing and serving motions to compel is June 4, 2021;

3. The modified deadline for filing and serving responses to motions to compel is June

---

[1] The Court notes that, in the application, Defendant refers to the May 3, 2021 telephonic discovery and status conference. However, this conference has been vacated. (ECF No. 38).

1

18, 2021;

    4.    No other deadlines in the Scheduling Order shall be modified at this time; and

    5.    The Clerk of Court is directed to send a copy of this order to Plaintiff at: Owens Valley Conservation Camp, 2781 S. Round Valley Road, Bishop, CA 93514.

IT IS SO ORDERED.

Dated: **March 17, 2021**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2