UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BONSALL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DR. KONGARA,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00418-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANT KONGARA'S SECOND *EX PARTE* APPLICATION TO MODIFY THE SCHEDULE ORDER<br><br>(ECF No. 42) |

On May 18, 2021, Defendant filed a second *ex parte* application to modify the scheduling order. (ECF No. 42). Defendant asks the Court "to extend the motions to compel, responses to motions to compel, non-expert discovery, and dispositive motions [deadlines] identified in the Scheduling Orders by 75 days. Good cause exists for the requested modification related to Plaintiff Anthony Bonsall's transfer to a fire camp." (Id. at 3). "In order to participate in a deposition, Plaintiff will have to be transferred to Sierra Conservation Center. However, due to the issues related to the COVID-19 pandemic, including the need to quarantine Plaintiff upon transfer to Sierra Conservation Center, it may take approximately two months for Plaintiff's deposition to take place. Given these factors, Defendant is unable to schedule Plaintiff's deposition by the present motion to compel deadline of June 4, 2021." (Id. at 4).

"Defense counsel met and conferred with Plaintiff telephonically about this Application and he has no objection." (Id. at 2).

The Court finds good cause to grant Defendant's application. The remaining dates and deadlines in this case are as follows:

\\\

- 1 -

| Event | Deadline/Date |
|---|---|
| Motions to compel | August 18, 2021 |
| Responses to motions to compel | September 1, 2021 |
| Non-expert Discovery | September 4, 2021 |
| Dispositive motions | October 4, 2021 |
| Expert Disclosures | January 18, 2022 |
| Rebuttal Expert Disclosures | February 15, 2022 |
| Plaintiff's Pretrial Statement | March 16, 2022 |
| Motions for Attendance of Incarcerated Witnesses | March 16, 2022 |
| Deadline for Plaintiff to Notify Court in Writing of the Name and Location of each Unincarcerated Witness Who Refuses to Testify Voluntarily | March 16, 2022 |
| Oppositions to Motions for Attendance of Incarcerated Witnesses | April 15, 2022 |
| Defendants' Pretrial Statement | April 15, 2022 |
| Deadline for Plaintiff to Submit Money Orders if He Wants to Have Marshals Service Serve Unincarcerated Witnesses Who Refuse to Testify Voluntarily | April 15, 2022 |
| Telephonic Trial Confirmation Hearing | May 16, 2022, 1:30 p.m., Courtroom 5 (DAD) |

All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 19, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE