UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BONSALL,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. KONGARA,<br><br>        Defendant. | Case No. 1:19-cv-00418-DAD-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 44)<br><br>ORDER DIRECTING DEFENDANT TO SERVE A COPY OF THE STIPULATION FOR DISMISSAL ON PLAINTIFF AT THE ADDRESS ON THE DOCKET |

On August 9, 2021, the parties filed a joint stipulation[1] dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 44). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.
IT IS SO ORDERED.

Dated:   **August 10, 2021**                           /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant served Plaintiff with a copy of the stipulation by mailing it to Plaintiff at California Correctional Institution. (ECF No. 44, p. 3). As the docket indicates that Plaintiff is currently housed at Owens Valley Conservation Camp, in an abundance of caution, the Court directs Defendant to serve Plaintiff with a copy of the stipulation at the address on the Court's docket.

1